# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:21-CV-149-KDB-DCK

| | |
|---|---|
| JOURNAY FINANCIAL SERVICES, LLC, and 3C, LLC, d/b/a 3CHI, <br><br> Plaintiffs, <br><br> v. <br><br> WILKES TOBACCO & MORE, INC., d/b/a WILKES VAPE & MORE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by John M. Moye, concerning Michael D. Moon, Jr., on January 26, 2023. Michael D. Moon, Jr. seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Michael D. Moon, Jr. is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 27, 2023

David C. Keesler
United States Magistrate Judge